HONORABLE JAMES L. ROBART
NOTING DATE: NOVEMBER 7, 2022

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

STEPHEN J. TUTTLE, et al,

    Plaintiffs,

v.

AUDIOPHILE MUSIC DIRECT INC. d/b/a MUSIC DIRECT, MOBILE FIDELITY, MOBILE FIDELITY SOUND LAB and/or MOFI,

    Defendants.

No. 22-cv-01081-JLR

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATING TO INITIAL DISCLOSURES, JOINT STATUS REPORT AND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

## STIPULATION

The parties to the above-captioned matter ("Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, on August 2, 2022, Plaintiffs filed this action in this Court;

**WHEREAS,** on August 9, 2022 Defendants signed a Waiver of Service of Summons and Complaint. Dkt. #4.;

**WHEREAS**, on October 7, 2022, the Court entered an Order setting forth certain deadlines relating to Initial Disclosures, Joint Status Report, and Early Settlement ("Scheduling Order"). Dkt. #6;

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 1
Case No. 22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

**WHEREAS**, Defendants' deadline to answer or otherwise respond to the Complaint is currently November 7, 2022;

**WHEREAS**, the parties having held their FRCP 26(f) conference on October 21, 2022 and discussed the time required to review initial discovery and hold preliminary settlement discussions, the parties have agreed that it would be in their mutual interest to extend the current deadline as set forth below:

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties to the Action, by and through their undersigned counsel and subject to the approval of this Court, that: (i) the deadline to exchange initial disclosures, previously set for November 4, 2022, is extended to November 22, 2022, and (ii) the deadline for parties to submit their Joint Status Report and Discovery Plan, previously set for November 14, 2022, is extended to December 7, 2022;

**IT IS FURTHER STIPULATED AND AGREED**, by and between the Parties to the Action, that the new deadline by which Defendants would be required to answer or otherwise respond to the Complaint would now be December 9, 2022.

**IT IS SO STIPULATED.**

**Dated**:  November 7, 2022

| | |
|---|---|
| **BADGLEY MULLINS TURNER PLLC** | **JOSEPH J. MADONIA & ASSOCIATES** |
| /s/ *Duncan C. Turner*<br>Duncan C. Turner, WSBA No. 20597<br>Mark A. Trivett, WSBA No. 46375<br>19929 Ballinger Way NE, Suite 200<br>Seattle, WA 98155<br>Telephone: (206) 621-6566<br>Email:dturner@badgleymullins.com, mtrivett@badgleymullins.com<br>***Attorneys for Plaintiffs*** | /s/ *Joseph J. Madonia*<br>Joseph J. Madonia *(pro hac vice)*<br>5757 North Sheridan Road, Suite 10A<br>Chicago, IL 60660<br>T: 312-953-9000<br>E: josephmadonia@gmail.com<br>***Attorney for Defendants***<br><br>**CORR CRONIN LLP**<br>Steven W. Fogg, WSBA #23528<br>Emily J. Harris, WSBA #35763<br>Laurel Brown, WSBA #59015<br>1015 Second Avenue, Floor 10<br>Seattle, WA 98104 |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES - 2
Case No.  22-cv-01081-JLR

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

|   |   |
|---|---|
| 1 | T: 206-625-8600 |
| 2 | E: sfogg@corrcronin.com |
|   | eharris@corrcronin.com |
| 3 | lbrown@corrcronin.com |
|   | *Local Counsel for Defendants* |

# ORDER

**IT IS SO ORDERED this <u>7th</u> day of <u>November</u>, 2022**:

*[signature]*

Hon. James L. Robart
United States District Judge

Presented by:

**BADGLEY MULLINS TURNER PLLC**

<u>s/ Duncan C. Turner</u>
Duncan C. Turner, WSBA No. 20597
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com,
mtrivett@badgleymullins.com
*Attorneys for Plaintiffs*

**JOSEPH J. MADONIA & ASSOCIATES**

<u>/s/ Joseph J. Madonia</u>
Joseph J. Madonia *(pro hac vice)*
5757 North Sheridan Road, Suite 10A
Chicago, IL 60660
T: 312-953-9000

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 3
Case No. 22-cv-01081-JLR

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

E: josephmadonia@gmail.com
*Attorney for Defendants*
**CORR CRONIN LLP**
Steven W. Fogg, WSBA #23528
Emily J. Harris, WSBA #35763
Laurel Brown, WSBA #59015
1015 Second Avenue, Floor 10
Seattle, WA 98104
T: 206-625-8600
E: sfogg@corrcronin.com
eharris@corrcronin.com
lbrown@corrcronin.com
*Local Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 4
Case No. 22-cv-01081-JLR

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000