HONORABLE JAMES L. ROBART
NOTING DATE: DECEMBER 6, 2022

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STEPHEN J. TUTTLE, et al,

    Plaintiffs,

v.

AUDIOPHILE MUSIC DIRECT INC. d/b/a MUSIC DIRECT, MOBILE FIDELITY, MOBILE FIDELITY SOUND LAB and/or MOFI,

    Defendants.

No. 22-cv-01081-JLR

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES RELATING TO JOINT STATUS REPORT AND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

## STIPULATION

The parties to the above-captioned matter ("Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, on August 2, 2022, Plaintiffs filed this action in this Court;

**WHEREAS**, on October 7, 2022, the Court entered an Order setting forth certain deadlines relating to Initial Disclosures, Joint Status Report, and Early Settlement ("Scheduling Order"). Dkt. #6;

**WHEREAS,** on November 7, 2022, pursuant to a stipulation of the Parties filed on that same day, the Court entered an Order extending, inter alia, (i) the deadline for Parties to submit

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 1
Case No.  22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Joint Status Report and Discovery Plan to December 7, 2022; and (ii) the deadline for Defendant to answer or otherwise respond to the Complaint to December 9, 2022. ("Extension Order") Dkt. #10.

**WHEREAS**, Defendant's outside general counsel, Joseph Madonia of JOSEPH J. MADONIA & ASSOCIATES, who has been admitted to Appear Pro Hac Vice for Defendant in this case ("Order of October 11, 2022" Dkt. #8), and who has primary responbility for the case, has contracted COVID 19 prior to Thanksgiving from which he is still recovering and which has limited Defendant's ability to maintain the current case schedule; and

**WHEREAS**, the Parties' counsel have agreed that it would be in their mutual interest to extend the current deadlines as set forth below:

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties to the Action, by and through their undersigned counsel and subject to the approval of this Court, that: (i) the deadline to submit their Joint Status Report and Discovery Plan is extended to December 21, 2022, and (ii) the deadline by which Defendants would be required to answer or otherwise respond to the Complaint is extended to December 23, 2022.

**IT IS SO STIPULATED.**

**Dated**:  December 6, 2022

| | |
|---|---|
| **BADGLEY MULLINS TURNER PLLC** | **JOSEPH J. MADONIA & ASSOCIATES** |
| /s/ *Duncan C. Turner*  <br>Duncan C. Turner, WSBA No. 20597 <br>Mark A. Trivett, WSBA No. 46375 <br>19929 Ballinger Way NE, Suite 200 <br>Seattle, WA 98155 <br>Telephone:  (206) 621-6566 <br>Email:dturner@badgleymullins.com, <br>mtrivett@badgleymullins.com <br>*Attorneys for Plaintiffs* | /s/ *Joseph J. Madonia*  <br>Joseph J. Madonia *(pro hac vice)* <br>5757 North Sheridan Road, Suite 10A <br>Chicago, IL 60660 <br>T: 312-953-9000 <br>E: josephmadonia@gmail.com <br>*Attorney for Defendants* |

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES - 2
Case No.  22-cv-01081-JLR

**BADGLEY MULLINS TURNER**
PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1
2   **CORR CRONIN LLP**
    Steven W. Fogg, WSBA #23528
3   Emily J. Harris, WSBA #35763
    Laurel Brown, WSBA #59015
4   1015 Second Avenue, Floor 10
    Seattle, WA 98104
5   T: 206-625-8600
6   E: sfogg@corrcronin.com
    eharris@corrcronin.com
7   lbrown@corrcronin.com
    *Local Counsel for Defendants*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND DEADLINES - 3
Case No.  22-cv-01081-JLR

**BADGLEY MULLINS TURNER**
PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

# ORDER

**IT IS SO ORDERED** this <u>6th</u> day of <u>December</u>, 2022:

*[signature]*

Hon. James L. Robart

Presented by:

**BADGLEY MULLINS TURNER PLLC**

*s/ Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com,
mtrivett@badgleymullins.com
*Attorneys for Plaintiffs*

**JOSEPH J. MADONIA & ASSOCIATES**

*/s/ Joseph J. Madonia*
Joseph J. Madonia *(pro hac vice)*
5757 North Sheridan Road, Suite 10A
Chicago, IL 60660
T: 312-953-9000
E: josephmadonia@gmail.com
*Attorney for Defendants*

**CORR CRONIN LLP**
Steven W. Fogg, WSBA #23528
Emily J. Harris, WSBA #35763
Laurel Brown, WSBA #59015
1015 Second Avenue, Floor 10
Seattle, WA 98104
T: 206-625-8600
E: sfogg@corrcronin.com
eharris@corrcronin.com
lbrown@corrcronin.com
*Local Counsel for Defendants*

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES - 4
Case No. 22-cv-01081-JLR

BADGLEY MULLINS TURNER
PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686