Joseph J. Madonia, (pro hac vice)
5757 North Sheridan,
Suite 10A Chicago, Illinois 60660
Telephone: (312) 953-9000
Email: josephmadonia@gmail.com

Emily J. Harris, WSBA No. 35763
Steven W. Fogg, WSBA No. 23528
Telephone: (206) 625-8600
Email: sfogg@corrcronin.com
Email: eharris@corrcronin.com

Attorneys for Plaintiffs

Duncan C. Turner, WSBA No. 20597
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE,
Suite 200 Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| STEPHEN J. TUTTLE, et al., | CASE NO. C22-cv-1081-JLR |
| Plaintiffs, | |
| v. | <u>CLASS ACTION</u> |
| AUDIOPHILE MUSIC DIRECT INC. d/b/a MUSIC DIRECT and MOBILE FIDELITY, SOUND LAB, INC. d/b/a MOBILE FIDELITY and/or MOFI, | **DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH EXCLUSION REQUESTS** |
| Defendants. | The Hon. James L. Robart |

I, Scott M. Fenwick, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with Class Member exclusion requests/opt-outs.

2. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## BACKGROUND

3. Kroll was appointed as the Settlement Administrator to provide notification and claims administration services in connection with that certain Amended Class Action Settlement Agreement and Release (the "Settlement Agreement") entered into in connection with the above-captioned case.

## EXCLUSIONS/OPT-OUTS

4. The Notice Response Deadline for opt-outs was August 22, 2023.

5. Kroll has received four (4) timely opt-out/exclusion requests. A list of the exclusions received is attached hereto as **Exhibit A**.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Amended Class Action Settlement Agreement and Release (as defined below).

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on August 29, 2023, in Inver Grove Heights, Minnesota.

*Scott M. Fenwick*

SCOTT M. FENWICK

# Exhibit A

# Exclusion List

| Count | Record Identification Number |
|-------|------------------------------|
| 1     | 669701K4QS79Z                |
| 2     | 669701NYGB8YH                |
| 3     | 669701035YDZD                |
| 4     | 6697018XH6GWC                |