THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINTON
AT SEATTLE

| | |
|---|---|
| STEPHEN J. TUTTLE, an individual, and DUSTIN COLLMAN, an individual; on behalf of themselves and persons similarly situated;<br><br>Plaintiffs,<br>v.<br><br>AUDIOPHILE MUSIC DIRECT, INC. d/b/a MUSIC DIRECT, MOBILE FIDELITY, MOBILE FIDELITY SOUND LAB, and/or MOFI;<br><br>Defendants. | No. 22-cv-01081-JLR<br><br>**CLASS COUNSEL'S REPORT ON ESTIMATED SETTLEMENT VALUE** |

The Court's Minute Order of October 23, 2023, required Class Counsel to report on the estimated monetary value of the proposed settlement whose approval is pending before the Court. That estimated value, based on the facts, assumptions, and methodology described below is **$411,390.81**.

The most recent summary report submitted on October 15, 2023, by the Claims Administrator, Kroll Settlement Administration, LLC. ("Kroll") indicates that it received claims submitted by 965 Class Members who based their claims on 12,859 Applicable Recordings. The breakout of the recordings by type of relief as of that date were:

CLASS COUNSEL'S EST.
SETTLEMENT VALUE REPORT  - 1
Case No.  22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

        5% cash option        2,295

        10% rebate option    7,563

        Refund/exchange    3,001

These numbers have increased in the past ten days as further claims have been processed.

As of October 25, 2023, all but 37 of the claims have been processed. Kroll reports the following for the claims processed to date:

| Claim Type | No. of Recordings | MSRP Total | Compensation to be Paid |
|---|---|---|---|
| 5% Cash | 2,580.00 | 188,349.20 | $ 9,417.46 |
| 10% Coupon | 7,896.00 | 582,966.04 | $ 58,296.60 |
| Refund | 3,092.00 | 282,864.00 | $ 282,864.00 |
|  | 13,568.00 |  | $ 350,578.06 |

In addition, the Class Members selecting the Refund/Exchange Option will receive a return of sales tax actually paid[1] plus shipping.[2] So, the Class will receive in addition to the sum above, an estimated $28,993.56 for taxes and $16,758.64 for shipping, for a total of $396,330.26 *on the claims processed to date*.

The exact numbers for the 37 yet-to-be processed claims are unknown, but assuming that their composition is the same as that of the processed claims, a fair estimate of the value can be determined. As noted above, the October 15 Kroll report indicated that 965 Class Members had filed claims on 12,859 Applicable Recordings, for an average of 13.325 recordings per claim. Projecting this number on the 37 unprocessed claims, we estimate that another 493 Applicable Recordings will be included among the unprocessed claims. The number of estimated but unprocessed recordings are 3.8% of the number of processed

---

[1] Our calculations use the defendants' local (Chicago) sales tax rate of 10.25%.
[2] The USPS average Media Mail cost for a two-recording shipment is $5.42, and we have used this as an estimate. Shipments above that volume would be higher.

CLASS COUNSEL'S EST.
SETTLEMENT VALUE REPORT - 2
Case No. 22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

recordings, so if we increase the known value of the processed claims in each category by that percentage and add the similarly derived estimated tax and shipping benefits for recordings in the refund/exchange option category, the result is the following:

| Processed Claims | | |
|---|---|---|
| Known Value | $ 350,578.06 | |
| Est. Tax/Return Option | 28,993.56 | |
| Est. Shipping/Return Option | 16,758.64 | |
| | | $ 396,330.26 |
| Unprocessed Claims | | |
| Est. Value | $ 13,321.97 | |
| Est. Tax | $ 1,101.76 | |
| Est. Shipping | $ 636.83 | |
| | | $ 15,060.55 |
| **Projected Settlement Value** | | **$ 411,390.81** |

Stated another way, the total estimated settlement value per category of claim is as follows:

| Claim Type | Estimated Settlement Value |
|---|---|
| 5% Cash | $ 9,775.32 |
| 10% Coupon | $ 60,511.87 |
| Refund | $ 341,103.62 |
| | $ 411,390.81 |

DATED: October 26, 2022

**BADGLEY MULLINS TURNER PLLC**

*/s/Duncan C. Turner*
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, #200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com
***Attorney for the Class***

CLASS COUNSEL'S EST. SETTLEMENT VALUE REPORT - 3
Case No. 22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:  ydorjee@badgleymullins.com

CLASS COUNSEL'S EST. SETTLEMENT VALUE REPORT - 4
Case No. 22-cv-01081-JLR

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686