UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN J. TUTTLE, et al., | CASE NO. C22-1081JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AUDIOPHILE MUSIC DIRECT INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 30, 2023, the court held a hearing regarding the motions for final approval of the class action settlement and for attorneys' fees in this matter. (10/30/23 Min. Entry (Dkt. # 64); *see also* Approval Mot. (Dkt. # 56); Fees Mot. (Dkt. # 49).) During the hearing, the court requested additional information from Plaintiffs' counsel.

//

MINUTE ORDER - 1

The court ORDERS Plaintiffs to file, by no later than **November 13, 2023**, a response to this minute order that includes the following:

1. Citations to case law approving class action settlements where the percentage of class members filing claims was similar to the percentage of class members who filed claims in this case;[1]

2. An updated calculation of the lodestar for Plaintiffs' attorneys' fees;

3. An updated calculation of the estimated monetary value of the settlement based on the actual claims made (*see* Report (Dkt. # 63));

4. The estimated percentages of claimants who were direct purchasers and indirect purchasers of Applicable Records; and

5. The approximate amount paid to date to the Settlement Administrator for administration of the settlement program.

The Clerk is DIRECTED to renote Plaintiffs' motion for approval of the parties' class action settlement (Dkt. # 56) and for an award of attorneys' fees and costs (Dkt. # 49) for November 13, 2023.

Filed and entered this 30th day of October, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

---

[1] During the hearing, the court requested these citations by no later than Thursday, November 2, 2023. Counsel may instead file these citations with the other requested information no later than November 13, 2023.

MINUTE ORDER - 2