# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STEPHEN J. TUTTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOPHILE MUSIC DIRECT, INC., et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C22-1081JLR |

___   **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' motion for final approval of the parties' class action settlement (Dkt. # 56) is GRANTED.  This action is DISMISSED with prejudice.  (*See* 12/26/23 Order (Dkt. # 72).)

Filed this 26th day of December, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk